# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DEBORAH JORDAN                                                                                           PLAINTIFF

v.                                  No. 5:11CV00099 JLH-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and hereby are approved and adopted in their entirety as this Court's findings in all respects.

SO ORDERED this 17th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE