IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBORAH JORDAN                                                                                          PLAINTIFF

v.                                     No. 5:11CV00099 JLH-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case.  This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 17th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE