# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEBORAH JORDAN                                                                                       PLAINTIFF

v.                                          No. 5:11CV00099 JLH-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                       DEFENDANT

## ORDER

The motion for an award of attorney's fees is GRANTED. Document #19. Without objection, the request for fees in the amount of $3,204.00 is granted. If Deborah Jordan has any debts to the United States government, the fee award may be offset by any such debt. Pursuant to the assignment of the fee award from Deborah Jordan to her lawyer, Eric L. Worsham, payment may be made directly to Eric L. Worsham.

IT IS SO ORDERED this 25th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE